# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONNA M. MILAM,  )<br>  )<br>     Plaintiff,  )<br>  )<br>    -vs-  )<br>  )<br>COMMISSIONER OF SOCIAL  )<br>  SECURITY,  )<br>  )<br>     Defendant.  ) | CASE NO.  3:04-cv-786-DGW |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  The matter came before the Court on Complaint for review of a final decision of the Commissioner of Social Security.

**IT IS ORDERED AND ADJUDGED** that pursuant to an Order entered by United States Magistrate Judge Donald G. Wilkerson on March 31, 2006, the final decision of the Commissioner of Social Security is **AFFIRMED**.

**DATED**:  March 31, 2006

                                        **NORBERT G. JAWORSKI,  CLERK**

                                        **BY: s/ Robin M. Butler**
                                              **Deputy Clerk**

**Approved:**

**s/ Donald G. Wilkerson**
**United States Magistrate Judge**
**Donald G. Wilkerson**